

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00271-CR

Jesus **ESPINOZA**,

Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CR-9689
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:   June 10, 2009

DISMISSED

    The trial court signed a certification of defendant's right to appeal stating that this "is a plea-

bargain case, and the defendant has NO right of appeal" and that "defendant has waived the right of

appeal."  *See* TEX. R. APP. P. 25.2(a)(2).  Rule 25.2(d) provides, "The appeal must be dismissed if

a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Accordingly, on May 28, 2009, this court issued an order stating this appeal would be dismissed pursuant to Rule 25.2(d) unless an amended trial court certification that shows defendant has the right of appeal was made part of the appellate record. *See Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.

On May 29, 2009, defendant's appellate counsel filed a letter stating "this court has no choice but to dismiss the appeal." In light of the record presented, we agree with defendant's counsel that Rule 25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH